601 A.2d 1236

**Murray MILLER,**

v.

**WESTINGHOUSE BROADCASTING CO., t/a KYW–TV & KYW–Radio, Westinghouse Broadcasting Co., Inc., t/a KYW–TV & KYW–Radio and City of Philadelphia.**

**Appeal of CITY OF PHILADELPHIA.**

Supreme Court of Pennsylvania.

Argued Jan. 23, 1992.

Decided Feb. 14, 1992.

Charisse Lillie, Norma S. Weaver, Miriam B. Brenaman, Alan C. Ostrow, Philadelphia, for City of Philadelphia.

Stacey L. Schwartz, Philip L. Blackman, Philadelphia, for Murray Miller.

Michael E. Scullin, Philadelphia, for Westinghouse Broadcasting Co., t/a KYW–TV and KYW–RADIO, Westinghouse Broadcasting Co., Inc., t/a KYW–TV and KYW–RADIO.

Before NIX, C.J., and LARSEN, FLAHERTY, McDERMOTT, ZAPPALA, PAPADAKOS and CAPPY, JJ.

## ORDER

PER CURIAM:

Appeal dismissed as having been improvidently granted.